No. 12, Original. UNITED STATES *v.* LOUISIANA; and

No. 13, Original. UNITED STATES *v.* TEXAS. The motion of Agnes E. Lewis et al. for leave to intervene is denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 2, Misc. ROBERTS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. It is ordered that Max Radin, Esquire, of Berkeley, California, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 11. CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* MANUFACTURERS TRUST Co.;

No. 15. MANUFACTURERS TRUST Co. *v.* CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN; and

No. 48. SAVORGNAN *v.* UNITED STATES ET AL. McGrath, present Attorney General, substituted as a party in these cases for Clark. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.